IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-676-D

FURTHER FESTIVALS, LLC,  )
d/b/a Voices of America Country )
Music Festival, )
 )
        Plaintiff, )
 )
v. ) **ORDER**
 )
ETIX, INC., )
 )
        Defendant. )

The court has reviewed the pending motions under the governing standard. The court GRANTS plaintiff's motion to amend the complaint [D.E. 40] and DENIES plaintiff's motion to dismiss defendant's tortious interference counterclaim against plaintiff [D.E. 35]. Plaintiff SHALL file its first amended complaint not later than August 20, 2024.

SO ORDERED. This 13 day of August, 2024.

                                                  JAMES C. DEVER III
                                                  United States District Judge